IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ALFRED THOMAS GIULIANO, | ) | |
| | ) | Civil No. 03:11-CV-1416-PK |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| ANCHORAGE ADVISORS LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

Dated this 13th day of May, 2014.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge